## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| TERRY L. NOBLE,<br><br>          Petitioner,<br><br>v.<br><br>SCOTT P. FISHER,<br><br>          Respondent. | Civil No. 12-1167 (JRT/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Terry L. Noble, 2209 Norman Street, Saginaw, MI 48601, pro se petitioner.

Ann Bildtsen, Erika Mozangue, and Gregory Brooker, Assistant United States Attoneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated February 6, 2013. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 6], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**;

2. This action is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 22, 2013  
at Minneapolis, Minnesota                        s/John R. Tunheim  
                                                                     JOHN R. TUNHEIM  
                                                        United States District Judge